UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TROY CASALONE, | ] | |
| Plaintiff, | ] | |
| vs. | ] | Case No: 3:14-0241 |
| PAGE ONE, LLC and RIP CLAYTON, | ] | Judge Nixon |
| Defendants. | ] | Magistrate Judge Bryant |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(A)(i), Plaintiff hereby voluntarily dismisses all claims brought or that could have been brought in this action against the Defendants with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1) By the Plaintiff.**

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;
. . .

Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Rather, the parties have entered into a settlement agreement that fully and finally resolves all matters raised, or that could have been raised, in the Complaint. Further, Plaintiff represents and warrants that he has been paid for all hours worked. Accordingly, this matter may be voluntarily dismissed.

Respectfully submitted,

The Higgins Firm

/s/ Jonathan A. Street
Jonathan A. Street, BPR No. 021712
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930- office
(615) 353-0963- facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was served by U.S. First Class Mail to:

Rip Clayton
Page One, LLC
223 Sixth Ave North
Nashville, TN 37219

/s/ Jonathan A. Street
Jonathan A. Street

*So Noted*

*[signature]*